IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:18-cv-00502-FL

| | |
|---|---|
| JOSE SANCHEZ-LOPEZ, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL DELIVERY SYSTEMS, INC., SANTI MULTISERVICES, INC., SANTI STAFFING SOLUTION, INC., HUMAN LINK STAFFING, LLC,<br><br>    Defendants. | Order |

Upon the Joint Motion of the parties, and for good cause shown, it is ORDERED that all deadlines in this matter are stayed pending the Court's Ruling on the parties' forthcoming Joint Motion for Approval of the Settlement Agreement and General Release, which shall be filed with the Court within thirty (30) days of the date that the parties' filed their Joint Motion to Stay.

SO ORDERED this the 31st day of January, 2019.

_____
Louise Wood Flanagan
United States District Court Judge