IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:18-cv-00502-FL

| | |
|---|---|
| JOSE SANCHEZ-LOPEZ, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL DELIVERY SYSTEMS, INC., SANTI MULTISERVICES, INC., SANTI STAFFING SOLUTION, INC., HUMAN LINK STAFFING, LLC,<br><br>  Defendants. | Order |

Upon the Joint Motion of the parties, and for good cause shown, it is ORDERED that the stay of all deadlines in this matter is extended for an additional twenty-one (21) days, pending the Court's Ruling on the parties' forthcoming Joint Motion for Approval of the Settlement Agreement and General Release, which shall be filed with the Court no later than March 21, 2019.

SO ORDERED this the 5th day of March, 2019.

_____
Louise Wood Flanagan
United States District Court Judge

1