# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# 5:18-cv-00502-FL

| | |
|---|---|
| JOSE SANCHEZ-LOPEZ, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL DELIVERY SYSTEMS, INC., SANTI MULTISERVICES, INC., SANTI STAFFING SOLUTION, INC., HUMAN LINK STAFFING, LLC, <br><br> Defendants. | ORDER APPROVING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND ATTORNEY'S FEES AND FOR DISMISSAL WITH PREJUDICE |

On March 28, 2019, Plaintiff filed an Unopposed Motion for Approval of Settlement and Attorney's Fees and for the dismissal of Plaintiff's claims against Defendants and this action with prejudice.

Having considered this Unopposed Motion for Approval of Settlement, the individually-executed settlement agreement, and the complete record in this matter, for the good cause shown, NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Court hereby grants the Unopposed Motion for Approval of Settlement and approves the settlement as set forth in the Parties' Settlement Agreement. The Court finds that the terms of the Settlement Agreement are fair, reasonable, and adequate to Plaintiff, and directs consummation of their terms and provisions.

2. Courts approve FLSA settlements when they are reached as a result of contested litigation to resolve *bona fide* disputes.

3. In this case, the Court finds that the settlement followed extensive investigation and negotiation and was the result of arm's-length settlement discussions and the assistance of an experienced counsel. During the entire process, Plaintiff and Defendants were represented by counsel experienced in wage and hour law. Accordingly, the Settlement Agreement resolves a clear and actual dispute under circumstances supporting a finding that is fair and reasonable.

4. The Court finds and determines the relief to the Plaintiff in the amount of $51,000 is fair, reasonable and adequate, and resolves the allegations set forth in the litigation. The Court gives final approval to and orders that those payments be made to the Plaintiff in accordance with the Settlement Agreement.

5. The Settlement Agreement includes an agreement on payment of fees to be paid to Plaintiffs' Counsel. Plaintiff's Counsel has waived a request for reimbursement of litigation costs. The parties negotiated the damages award without regard to attorneys' fees, and so there was no conflict of interest between Plaintiffs and their counsel. The Settlement Agreement provides for Plaintiff's attorneys' fees and expenses in the amount of $34,000, which is a reduction in the lodestar amount Plaintiff's Counsel would otherwise seek. The Court finds the Settlement Agreement's award of fees to be reasonable. Accordingly, the Court awards $34,000.00 in fees for Plaintiff's Counsel.

6. The Court hereby dismisses all claims of Plaintiff in this matter as they relate to Defendants and dismisses this action with prejudice, as provided in the Parties' Settlement Agreement.

7. The Court retains jurisdiction over this action and the Parties to administer, supervise, interpret and enforce the Settlement Agreement and this Order.

SO ORDERED this  2nd   day of   April         , 2019.

_____
THE HONORABLE LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE